# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:25-CV-197-FDW-DCK

| | | |
|---|---|---|
| **BRANDY WINSTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **ORDER** |
| **INLIVIAN, f/k/a HOUSING;** | ) | |
| **AUTHORITY OF THE CITY OF** | ) | |
| **CHARLOTTE, N.C., a/k/a** | ) | |
| **CHARLOTTE REDEVELOPMENT** | ) | |
| **HOUSING AUTHORITY; and C.O.R.E.** | ) | |
| **PROGRAMS, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| | ) | |

**THIS MATTER** is before the Court upon pro se Plaintiff's Renewed Motion To Remand, (Doc. No. 17), and Defendants' Motion to Dismiss Plaintiff's Amended Complaint under Rule 12(b)(6). (Doc. No. 12.)

On March 20, 2025, Defendants removed this case from State Court to this Court, claiming federal question jurisdiction under 42 U.S.C. § 1983. (Doc. No. 1.) On May 1, 2025, Plaintiff filed an Amended Complaint, removing her claim pursuant to Section 1983. (Doc. No. 9.) On May 5, 2025, Defendants filed a Motion to Dismiss Plaintiff's Amended Complaint. (Doc. No. 12.) On June 16, 2025, Plaintiff filed a Renewed Motion to Remand, asserting the Court now lacks federal subject matter jurisdiction. (Doc. No. 17.) The Court issued an Order to Show Cause on January 7, 2026, ordering Defendants to show cause for their failure to respond to Plaintiff's Motion to Remand. (Doc. No. 21.) Defendants responded two days later, stating they "do not intend to respond/oppose to the Motion to Remand." (Doc. No. 22.)

1

As a result of Defendants' response, Plaintiff's Motion to Remand is unopposed. (Id.) Furthermore, when a "plaintiff eliminates the federal-law claims that enabled removal, leaving only state-law claims behind, the court's power to decide the dispute dissolves." Royal Canin U.S.A., Inc. v. Wullschleger, 604 U.S. 22, 30 (2025); see Sanders v. Tara Consultancy Serves., No. 5:25-CV-267-BO-BM, 2026 WL 607255, at *4-5 (E.D.N.C. Feb. 3, 2026), report and recommendation adopted sub nom. Sanders v. Tata Consultancy Servs., No. 5:25-CV-267-BO-BM, 2026 WL 598389 (E.D.N.C. Mar. 3, 2026). Here, Plaintiff's Amended Complaint removed her claim under 42 U.S.C. § 1983, and her Renewed Motion to Remand clarified the absence of any federal claims. (Doc. Nos. 9, 17.) Thus, the Court lacks jurisdiction over this case.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Remand to State Court (Doc. No. 4, 17) is **GRANTED** and pursuant to 28 U.S.C. § 1447, this case is **REMANDED** to state court where it was originally filed.

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss Plaintiff's Amended Complaint, (Doc. No. 12), is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Signed: March 27, 2026

Frank D. Whitney
Senior United States District Judge

2